# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JOEL GAUCHE, | : | No. 585 MAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JEROME WALSH, SUPERINTENDENT, | : | |
| SCI DALLAS, PA. DEPARTMENT OF | : | |
| CORRECTIONS, MICHAEL POTTEIGER, | : | |
| CHAIRMAN, PA. BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.